# INTERIM ASSET AND NO ASSET REPORT

Page: 1

| Trustee: | IAN J. GAZES, TRUSTEE (SDNY) | Blanket Bond Amount: | $ 123,449,000.00 |
|---|---|---|---|
| For Period Ending: | 02/05/15 | Per Case Limit: | $ 123,449,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Case Number | Case Name | Date Filed (f) or Converted (c) to Chapter 7 | Total Funds on Deposit or Invested (From Form 2) | Amount of Separate Bond (if any) | Gross Value of Remaining Assets (From Form 1- Excludes Unknown Values) | Date of Disposition by*: Final Report ( TFR ) Final Account ( TDR ) Report of No Distribution ( NDR ) Conversion ( C ) Dismissal ( D ) Reassignment ( R ) *If TFR not filed, insert estimated (e) TFR Date |
| 09-10530 SCC | MRU HOLDINGS, INC. | 02/06/09 (f) | 777,161.28 | | 335,548.41 | 12/31/15 TFR (e) |

The trustee had commenced 19 adversary proceedings under chapter 5 of the Bankruptcy Code and 6 remain pending.

**Report Totals**   Number of Cases:  1                                                                777,161.28                           335,548.41

I certify that I have filed and reviewed Forms 1 and 2 for all cases listed above where required
and that they are accurate and correct to the best of my knowledge.

/s/   IAN J. GAZES, TRUSTEE (SDNY)

Trustee's Signature: _____   Date: 02/05/15
                    IAN J. GAZES, TRUSTEE (SDNY)

LFORM3                                                                                                                                                    Ver: 18.04